UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | : |
| -v- | :    21 CR 454 (CM) |
| Michael Palleschi and David Lethem, | : |
| Defendants. | : |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned Attorney Brian J. Laliberte hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Defendant Michael C. Palleschi in the above-captioned action.

I am a member in good standing of the Bar of the State of Ohio and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3 and a Certificate of Good Standing.

Dated: September 28, 2021

Respectfully Submitted,

/s/ Brian J. Laliberte
Brian J. Laliberte (OH Bar No. 0071125)
Laliberte Saltman LLC
421 West State Street – Suite 257
Columbus, OH 43215
E. brian@lawyercollective.com
T. 614.219.9008

Attorney for Defendant Michael C. Palleschi

1

## Certificate of Service

I certify that a copy of the foregoing was served upon counsel of record in this case via the Court's CM/ECF system with a courtesy copy provided via electronic mail on this 28th day of September 2021.

/s/ Brian J. Laliberte