STATE OF OHIO

COUNTY OF FRANKLIN

## AFFIDAVIT OF ATTORNEY BRIAN J. LALIBERTE

I, Brian J. Laliberte, state the following based upon my own personal knowledge:

1. I am an attorney licensed to practice in the State of Ohio. My Ohio Supreme Court registration number is 0071125.

2. I have practiced in Ohio since 1999.

3. I am admitted in the United States Court of Appeals for the Sixth Circuit, the United States District Court for the Northern District of Ohio, the United States District Court for the Southern District of Ohio, the United States District Court for the District of Colorado, and the United States Tax Court.

4. I have never been convicted of a felony.

5. I have never been censured, suspended, disbarred, denied admission, or denied readmission by any court.

6. I have no disciplinary proceedings presently pending against me.

7. I have never been subject to disciplinary proceedings.

FURTHER AFFIANT SAYETH HAUGHT.

_____
Brian J. Laliberte

Sworn and subscribed before me, a Notary Public, on this 28th day of September 2021.

[Notary seal: Cody Brown – Notary Public, State of Ohio, Comm. Exp: Aug 16, 2025]