UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **United States of America** | : | |
| | : | |
| -v- | : | 21 CR 454 (CM) |
| | : | |
| **Michael Palleschi and** | : | |
| **David Lethem,** | : | |
| | : | |
| **Defendants.** | : | |

The motion of Attorney Brian J. Laliberte, for admission to the United States District Court for the Southern District of New York to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Ohio; and that his contact information is as follows (please print):

| | |
|---|---|
| Applicant's Name: | Brian J. Laliberte |
| Firm Name: | Laliberte Saltman LLC |
| Address: | 421 West State Street – Suite 257 |
| | Columbus, OH 43215 |
| Tel. | 614.219.9008 |
| E-mail: | brian@lawyercollective.com |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Michael C. Palleschi in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____  _____

United States District/Magistrate Judge