UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
                                           :
UNITED STATES OF AMERICA         :
                                           :
   - v -                               :   21 Cr. 454 (CM)
                                           :
MICHAEL PALLESCHI, and          :
DAVID LETHEM,
                                           :
              Defendants.     :
- - - - - - - - - - - - - - - - - - - - - x

ORDER

Upon the motion of the United States, the Court finds that: 1) there are numerous potential victims in this case and there is no readily available compilation of all the potential victims; and 2) it is impracticable to accord all the potential victims the rights described in Title 18, United States Code, Section 3771(a).

The Court further finds that pursuant to Title 18, United States Code, Section 3771(d)(2) that the procedures described below regarding victim notification are reasonable and will give effect to Title 18, United States Code, Section 3771 without unduly complicating or prolonging the proceedings in this matter.

Accordingly, it is hereby ORDERED that:

The Government shall post the following on its Internet website at www.usdoj.gov/usao/nys on a separate web page for this case:

1. The caption, case number and assigned judge for this case;

2. A substantially verbatim listing of the rights provided in Title 18, United States Code, Section 3771(a);

3. This Order;

4. A listing of public proceedings scheduled in this case, which shall be updated to reflect scheduling changes and newly scheduled proceedings within a reasonable period of time following such scheduling proceedings or newly scheduled proceedings; and

5. The name and contact information for an official within the United States Attorney's Office with responsibility for addressing victims' rights.

Dated: ~~January~~ July 12, 2022
New York, New York

HON. COLLEEN MCMAHON
UNITED STATES DISTRICT JUDGE