UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
                                    :

UNITED STATES OF AMERICA

         - v -                          :    CONSENT PRELIMINARY ORDER
                                          OF FORFEITURE/
                                    :    MONEY JUDGMENT

MICHAEL PALLESCHI,

                                    :    21 Cr. 454 (CM)

        Defendant.

                                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

WHEREAS, on or about June 22, 2022, MICHAEL PALLESCHI (the "Defendant"), was charged as follows in a six-count Superseding Indictment: Count One (conspiracy, in violation of 18 U.S.C. § 371); Count Two (securities fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff); Count Three (wire fraud, in violation of 18 U.S.C. § 1343); Count Four (false statements to auditors, in violation of 15 U.S.C. §§ 78m and 78ff); Count Five (aggravated identity theft, in violation of 18 U.S.C. 1028A) and Count Six (wire fraud, in violation of 18 U.S.C. § 1343);

WHEREAS, the Superseding Indictment included a forfeiture allegation as to Counts One through Three and Six seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One through Three and Six of the Superseding Indictment;

WHEREAS, on or about August 22, 2023, the Defendant pleaded guilty to Counts One through Six inclusive of the Superseding Indictment, pursuant to an agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Counts One through Three and Six of the Superseding Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $546,846.75 in United States currency, representing the amount of proceeds traceable to the offenses charged in Count One through Three and Six of the Superseding Indictment that the Defendant personally obtained; and

WHEREAS, the Defendant admits that, as a result of acts or omissions of the Defendant, the proceeds traceable to the offenses charged in Count One through Three and Six of the Superseding Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorneys Jay Clayton, United States Attorney, Assistant United States Attorney James McMahon, and the Defendant, and his counsel, Daniel McGillycuddy, Esq., that:

1.       As a result of the offenses charged in Count One through Three and Six of the Superseding Indictment, to which the Defendant pled guilty, a money judgment in the amount of $546,846.75 in United States currency (the "Money Judgment"), representing the amount of proceeds traceable to the offenses charged in Count One through Three and Six of the Superseding Indictment that the Defendant personally obtained, shall be entered against the Defendant.

2.       Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, MICHAEL PALLESCHI, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3.       All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States

Marshals Service, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, 26 Federal Plaza, 37th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4.    The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5.    Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6.    Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7.    The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

8.    The signature page of this Consent Preliminary Order of Forfeiture/Money

Judgment may be executed in one or more counterparts, each of which will be deemed an

original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____            9/25/2025
      JAMES MCMAHON                                       DATE
      Assistant United States Attorney
      50 Main Street, Suite 1100
      White Plains, NY 10606
      (914) 993-1936

MICHAEL PALLESCHI

By: _____            9/25/2025
      MICHAEL PALLESCHI                                   DATE

By: _____            9/25/2025
      DANIEL MCGILLYCUDDY, ESQ.                    DATE
      Attorney for Defendant

SO ORDERED:

_____                 9/25/2025
HONORABLE COLLEEN MCMAHON                   DATE
UNITED STATES DISTRICT JUDGE

                                                  12:31 pm