# LAW OFFICE OF THOMAS A. HARVEY PLLC

375 GREENWICH STREET, 8TH FL.

NEW YORK, NY 10013

(212) 972-8935

*Memo Endorsement*

*12/30/25*

*So Ordered.*
*New surrender date:*
*February 19, 2026.*

VIA ECF

December 23, 2025

The Honorable Colleen McMahon
United States District Court
United States Courthouse
Brooklyn, NY 11201

Re:    US v. Michael Palleschi, 1:21-Cr. 00454 – CM
        45 Day One-Time Extension of Surrender Date for Medical Test/Treatment

Dear Judge McMahon:

The defendant, Michael Palleschi, hereby requests his surrender date to the Federal Bureau of Prisons ("BOP") be extended from January 5, 2026, to February 19, 2026, to allow time for medical tests and any necessary medical treatment(s) that may be required.

On December 5, 2025, Mr. Palleschi visited the emergency room at River Hospital General Surgery Center in connection Hematochezia and was examined by Dr. Armit Goyal. (See Exhibit A).

Dr. Armit proscribed Mr. Palleschi have a CT scan of the abdomen pelvis as well as an endoscopic examination of the colon and intestines. Subject to the results of the foregoing, Mr. Palleschi will likely need additional tests or treatments.

Mr. Palleschi previously suffered from gastrointestinal issues and in 2019 was diagnosed with diverticulitis and colitis. In addition, it was determined that Mr. Palleschi has an irregular Z line. Biopsies were taken (both the upper and lower GI) and polyps were removed.

Unfortunately, Mr. Palleschi suffered from Hematochezia in early December and also experienced Hematemesis over the past few months.

In light of the foregoing, Mr. Palleschi is seeking a forty-five (45) day adjournment with respect to his surrender date. The main concern is Mr. Palleschi may be suffering from Barrett's esophagus and at risk of having developed adenocarcinoma. A prompt endoscopic evaluation is critical to determine if Barrett's esophagus with dysplasia (precancerous changes) is confirmed. Immediate treatment (e.g., an endoscopic ablation or resection) can prevent progression to invasive cancer.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  1-5-26

The Honorable Colleen McMahon
United States District Court
December 23, 2025
Page 2 of 2

Mr. Palleschi should be able to have all tests and treatment completed before February 19, 2026.

The Government agrees to a "one time" forty-five (45) day extension for Mr. Palleschi to surrender. If Mr. Palleschi has not finished all the necessary tests or treatments by February 19, 2026, Mr. Palleschi will be treated by the Federal Bureau of Prisons.

Mr. Palleschi's pretrial services officer does not take a position with respect to the foregoing.

Thank you for your consideration in this matter.

Respectfully submitted,

Thomas Harvey, Esq.

cc:     All Counsel of Record via ECF
        and PTS via email (Lanique_rhyne@nyspt.uscourts.gov)