UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-18-26

UNITED STATES OF AMERICA,

21-CR-454-01 (CM)

-v-

Michael Palleschi,

Defendant.

## DECISION AND ORDER EXTENDING SURRENDER

McMahon, J.:

On December 23, 2025, the court was asked to extend Mr. Palleschi's January 5, 2026, surrender date by 45 days so that he could have additional medical testing, principally to see whether he had Barrett's esophagus that could be treated by an ablation prior to his surrender. Although the letter made reference to a finding of colon polyps in 2019, there was no suggestion that Mr. Palleschi might have colon cancer.

Now I am told that testing that occurred during the 45-day window has revealed the possibility of colon cancer, and that Mr. Palleschi is in the middle of a diagnostic process for that entirely different disease (I gather we do not face any issue of Barrett's Esophagus). I do not know why it has taken so long to obtain pathology reports for polyps that were removed from Mr. Palleschi's colon during his recent colonoscopy, but I agree that the current diagnostic procedures should run their course, and I am familiar enough with BoP medical to realize that it will be several months at least before a new prisoner is given advanced medical testing. For that reason, I will allow one further extension of 30 days – the precise number of days requested by Mr. Palleschi's counsel -- so that the diagnostic tests can be completed.

However, this extension extends only to diagnosis, and there will be no extensions beyond the 30 days that the defendant's lawyer has requested in his most recent letter. Mr. Palleschi was sentenced on

September 24, 2025. That gave him 15 weeks prior to his original surrender date of January 5, 2026, to undergo any medical testing and to receive any medical procedures that he wished to have before becoming a resident of a BoP facility. A prudent defendant would have made arrangement on September 25, for a full medical workup before surrendering. Mr. Palleschi does not appear to have done that; instead, a visit to the emergency room just a month prior to his surrender has occasioned his recent gastro-intestinal work-up, although counsel represents that his client suffered from GI symptoms previously.

Therefore, Mr. Palleschi should understand that he MUST surrender 30 days from February 19, which means on March 21, 2026. There will be no further extensions. I will not extend the latest and last deadline even if Mr. Palleschi requires some additional testing or procedure, or even if he has not fully recovered from any testing or procedure that he has during this 30-day window. It will not be possible to complete treatment for colon cancer prior to his surrender date; if he has colon cancer, he will have to receive treatment while incarcerated.

This constitutes the decision and order of the Court

Dated: February 18, 2026

_____
U.S.D.J.

BY ECF TO ALL COUNSEL